IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY A. PESTKA, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3317 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 19, the respondent's Motion for Extension of Time.  In filing no. 18, Judge Richard G. Kopf ordered, in pertinent part:

1.     That by June 26, 2006, each party shall file a brief on the issues discussed above and any other matters that party may wish to address;

2.     That by July 26, 2006, each party shall file a brief in response to the other party's brief....

The petitioner, Jeffrey A. Pestka, has filed his initial brief (filing no. 20).  In filing no. 19, the respondent requests an additional few weeks to file his initial brief. The respondent has shown reasonable grounds for the extension requested in filing no. 19. Therefore, the deadline for the respondent's initial brief will be extended until July 17, 2006. Thereafter, each party shall have until August 25, 2006 to file a second brief, if either party wishes to do so.  On the other hand, a decision against filing a second brief will *not* be construed as an abandonment of claims or defenses.   Filing no. 19 is granted.

SO ORDERED.

DATED this 27th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge